**DISMISS and Opinion Filed September 14, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00782-CV**

**2015 ACQUISITIONS 5, L.L.C., Appellant**
**V.**
**DISSOLUTION COMMITTEE FOR THE BOARD OF**
**DALLAS COUNTY SCHOOLS TRUSTEES, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-04952**

## MEMORANDUM OPINION
Before Justices Francis, Fillmore, and Whitehill
Opinion by Justice Whitehill

Before the Court is appellant's unopposed motion to dismiss the appeal. Appellant informs

the Court that the parties have settled their dispute. Accordingly, we grant the motion and dismiss

the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Bill Whitehill/
BILL WHITEHILL
JUSTICE

180782F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

2015 ACQUISITIONS 5, L.L.C., Appellant

No. 05-18-00782-CV          V.

DISSOLUTION COMMITTEE FOR THE
BOARD OF DALLAS COUNTY
SCHOOLS TRUSTEES, Appellee

On Appeal from the 134th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-18-04952.
Opinion delivered by Justice Whitehill.
Justices Francis and Fillmore participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee DISSOLUTION COMMITTEE FOR THE BOARD OF DALLAS COUNTY SCHOOLS TRUSTEES recover its costs of this appeal from appellant 2015 ACQUISITIONS 5, L.L.C.

Judgment entered September 14, 2018.